# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **GREGORY BINNS,** | ) | Civil Action No. 7:12-cv-00162 |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HAROLD CLARKE, <u>et al.</u>,** | ) | **By:**    **Hon. Michael F. Urbanski** |
|     **Defendants.** | ) |         **United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as**

**moot**; and the action is **STRICKEN** from the active docket of the court.

      The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

                       Entered:  April 25, 2012

*/s/ Michael F. Urbanski*

                       Michael F. Urbanski
                       United States District Judge